USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVASUTRA 6TH STREET, INC. and
KAVASUTRA 10TH STREET, INC.,

                              Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                              Defendants.

1:23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 24, 2023, Plaintiffs moved for a preliminary injunction ("PI") with a temporary restraining order ("TRO") to, *inter alia*, enjoin Defendants "from restricting, interfering, harassing, or otherwise preventing the sale of Kava" at Plaintiffs' restaurants, *see* Dkt. 6;

       IT IS HEREBY ORDERED that the parties must appear for a hearing on the request for a TRO on **Wednesday, July 26, 2023** at 3:30 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated:  July 24, 2023
          New York, New York

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**