```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAVASUTRA 6TH STREET, INC. and
KAVASUTRA 10TH STREET, INC.,

                      Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                      Defendants.

1:23-CV-6359 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 26, 2023, the parties appeared for a show cause hearing on Plaintiffs' motion for a preliminary injunction (the "Motion") with a temporary restraining order ("TRO"), *see* Dkts. 6, 12;

    IT IS HEREBY ORDERED that, for the reasons discussed at the hearing, Plaintiffs' request for a TRO is DENIED.

    IT IS FURTHER ORDERED that Defendants' deadline to oppose the Motion is **August 9, 2023**; Plaintiffs' reply is due no later than **August 16, 2023**. Oral argument will be held on **August 23, 2023,** at 2:30 in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated:   July 24, 2023
         New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**