```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                        Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                        Defendants.

1:23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 8, 2023, the parties appeared before the Court for a status conference, *see* Dkt. 31.

    IT IS HEREBY ORDERED that, for the reasons stated at the conference, Plaintiffs' motion for a Preliminary Injunction is DENIED.

    IT IS FURTHER ORDERED that the parties must submit a joint letter no later than **December 15, 2023**, informing the Court whether they have resolved their disputes relative to e-discovery and to provide the Court with their agreed-upon schedule pursuant to which all fact discovery will be complete by February 16, 2024.

    IT IS FURTHER ORDERED that the deadline to complete fact discovery is **February 16, 2024**; the deadline to complete expert discovery is **April 26, 2024**.

    IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, May 3, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse,

40 Foley Square, New York, New York, 10007.  The parties must submit a joint letter in advance of the conference by no later than **April 25, 2024**, which sets forth:

> whether either party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;
>
> the estimated length of the trial; and
>
> three mutually acceptable trial dates.

**SO ORDERED.**

Dated:   **December 8, 2023**
         **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**