USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                Defendants.

23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 22, 2024, the parties appeared before the Court for a status conference.

    IT IS HEREBY ORDERED that the parties must appear for a status conference following the close of expert discovery on **Friday, May 31, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties must submit a joint letter in advance of the conference by no later than **May 23, 2024**, which sets forth:

    whether either party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;

    the estimated length of the trial; and

    three mutually acceptable trial dates.

SO ORDERED.

Dated: March 22, 2024
        New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**