

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KEN NOVIKOFF**
Partner
(516) 357-3110
Ken.Novikoff@rivkin.com

October 10, 2024

**VIA ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  *Kavasutra 6th Street, Inc. et al. v. Eric Adams, et al.* (Case No. 1:23-cv-06359-VEC)

Dear Honorable Valerie Caproni:

We represent plaintiffs in the above-referenced action and we, along with defendants' counsel, submit this joint status letter pursuant to Your Honor's Order dated July 18, 2024 (ECF Doc. No. 50).

The parties represent that both fact and expert discovery are now complete. The parties are prepared to discuss a summary judgment briefing schedule and/or a bench trial schedule at the upcoming conference currently scheduled for October 18, 2024.

We thank the Court for its continuing attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*/s/ Ken Novikoff*
Ken Novikoff

cc: All counsel of record via ECF

4884-9988-9133, v. 2

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777