**MEMO ENDORSED**



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
Partner
(516) 357-3110
Ken.Novikoff@rivkin.com

October 11, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024
```

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:   *Kavasutra 6th Street, Inc. et al. v. Eric Adams, et al.* (Case No. 1:23-cv-06359-VEC)

Your Honor:

The law firm of Rivkin Radler LLP represents Plaintiffs Kavasutra 6th Street, Inc. and Kavasutra 10th Street, Inc. in the above action. Plaintiffs respectfully request an adjournment until October 25, 2024 of the scheduled conference. Defendant's counsel consents to this request. This is Plaintiffs' first request for the relief sought.

I have replaced Christopher Murray as trial counsel for Plaintiffs. Prior to my involvement, I had scheduled a trip to Napa, California with my wife beginning on October 18 through October 23. For some reason, I had thought that the upcoming conference was for this upcoming Thursday, and not Friday. I did not realize this until yesterday.

It is my understanding from discussions with Defendants' counsel that Friday is day that Your Honor schedules conferences. Therefore, I have requested the conference be adjourned until October 25, 2024. As trial counsel, I believe it is important for me to be present where the trial date(s) will be discussed. However, should Your Honor be inclined to adjourn the conference but to a date after October 25, then I would request that the conference stay as scheduled for October 18 and I will have one my colleagues appear with a full understanding of this action and my availability to try this case.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          */s/ Ken Novikoff*
                          Ken Novikoff

cc: All counsel of record via ECF

4884-8069-5534, v. 1

| 66 South Pearl Street, 11th Floor<br>Albany, NY 12207-1533<br>T 518.462.3000 F 518.462.4199 | 25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082<br>T 201.287.2460 F 201.489.0495 | 1301 Riverplace Boulevard<br>Jacksonville, FL 32207-9047<br>T 904.792.8925 F 904.467.3461 | 477 Madison Avenue<br>New York, NY 10022-5843<br>T 212.455.9555 F 212.687.9044 | 2649 South Road<br>Poughkeepsie, NY 12601-6843<br>T 845.473.8100 F 845.473.8777 |

Application GRANTED. The status conference scheduled for October 18, 2024 at 10:00 A.M. is ADJOURNED to October 25, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

10/11/2024

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE