

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
Partner
(516) 357-3110
Ken.Novikoff@rivkin.com

October 25, 2024

**VIA ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  *Kavasutra 6th Street, Inc. et al. v. Eric Adams, et al.* (Case No. 1:23-cv-06359-VEC)

Your Honor:

    The law firm of Rivkin Radler LLP represents Plaintiffs Kavasutra 6th Street, Inc. and Kavasutra 10th Street, Inc. In accordance with your Honor's directive, counsel for the respective parties met and conferred after today's conference. Counsel propose January 21, 2025, January 22, 2025 and January 23, 2025 for the bench trial in this action.

    Respectfully submitted,

    RIVKIN RADLER LLP

    */s/ Kenneth A. Novikoff*
    Kenneth A. Novikoff

cc: All counsel of record via ECF

4882-0538-8019, v. 1

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777