USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                        Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                        Defendants.

23-CV-6359 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for the final pretrial conference on January 16, 2025 at 2:30 P.M.

IT IS HEREBY ORDERED that the parties must appear for the final pretrial conference on **January 16, 2025 at 2:30PM** in in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated: **January 10, 2025**
       **New York, New York**

                                       **VALERIE CAPRONI**
                                       **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.