USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                Defendants.

23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties filed their Motions in Limine ("the Motions") on December 6, 2024; and

    WHEREAS the parties appeared for the final pretrial conference ("Conference") on January 16, 2025 at 2:30 P.M.

    IT IS HEREBY ORDERED THAT for the reasons stated at the Conference, the parties' motions are DENIED.

    The Clerk of Court is respectfully directed to terminate the open motions at Dkt. entries 57 and 60.

**SO ORDERED.**

Dated: January 16, 2025
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**