UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/25

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                      Plaintiffs,

               -against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                    Defendants.

23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS trial is scheduled to commence on Tuesday, January 21, 2025 at 9:30 A.M.

in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New

York, 10007.

       IT IS HEREBY ORDERED that the parties will be permitted to make opening statements

of no more than 15 minutes.

**SO ORDERED.**

**Dated:  January 17, 2025**
**New York, New York**

                                 **VALERIE CAPRONI**
                              **United States District Judge**