USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                Plaintiffs,

-against-

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
ASHWIN VASAN as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; and
the NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE,

                Defendants.

23-CV-6359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS trial was completed on January 21, 2025.

IT IS HEREBY ORDERED that the post-trial briefing schedule is as follows:

- Plaintiffs' opening brief must be filed by February 21, 2025
- Defendants' opening brief must be filed by March 14, 2025
- Reply briefs must be filed by March 28, 2025

IT IS FURTHER ORDERED that opening briefs are limited to 20 pages, and reply briefs are limited to ten pages. Each party must update their respective proposed findings of fact and conclusions of law with citations to the trial transcript.

SO ORDERED.

Dated: January 21, 2025
      New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**