**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAVASUTRA 6th STREET, INC. and
KAVASUTRA 10th STREET, INC.,

                    Plaintiffs,

-against-                                                 23 **CIVIL** 6359 (VEC)

                                                                                   **JUDGMENT**

ERIC ADAMS as MAYOR OF THE CITY
OF NEW YORK; the CITY OF NEW YORK;
MICHELLE MORSE as COMMISSIONER
OF THE NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE;
and the NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2025, the Court finds in favor of Defendants on Plaintiffs' declaratory judgment, permanent injunction, and Section 1983 claims. Because the Court has denied Plaintiffs' Section 1983 claim, it also denies Plaintiffs' request for attorneys' fees and costs under 42 U.S.C. § 1988; accordingly, the case is closed.

**Dated:**  New York, New York

      August 8, 2025

                                                         **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                            **BY:**        *K. Mango*

                                                              **Deputy Clerk**